FILED
DEC 0 2 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**MARGARITO ESPINOZA-ACEVES,**<br><br>    Defendant. | Case No. 11CR4530-GT<br><br>ORDER GRANTING<br>JOINT MOTION TO CONTINUE<br>SENTENCING HEARING |

**IT IS HEREBY ORDERED** that the joint motion to continue the Sentencing Hearing Setting in this matter now scheduled for December 15, 2011 at 9:30 a.m. to **December 14, 2011 at 9:30 a.m.** is granted.

**IT IS SO ORDERED.**

Dated: 12-2-11

_____
HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE